JAMES S. WIGHT, Receiver, Appellant, *vs.* THE CITY OF CHICAGO, Appellee.

*Opinion filed April 23, 1908.*

APPEALS AND ERRORS—*when no question is presented for the Supreme Court.* No question is presented for the Supreme Court's consideration upon appeal from the Appellate Court in a case at law heard in the trial court, by agreement, without a jury, upon stipulated facts, where there were no rulings of the court upon the evidence and no propositions of law were submitted.

APPEAL from the Branch Appellate Court for the First District;—heard in that court on appeal from the Superior Court of Cook county; the Hon. GEORGE A. DUPUY, Judge, presiding.

FREDERICK A. BROWN, for appellant.

HOWARD W. HAYES, and GEORGE W. MILLER, (EDWARD J. BRUNDAGE, Corporation Counsel, of counsel,) for appellee.

Mr. JUSTICE DUNN delivered the opinion of the court:

This case was tried by the court, by agreement, without a jury, upon a stipulation as to the facts. There was no ruling of the court upon the admission or exclusion of evidence and no written propositions to be held as law were submitted to the court in accordance with the provisions of the Practice act, therefore no question of law is presented by the record for our consideration. *Jacobson* v. *Liverpool and London and Globe Ins. Co.* 231 Ill. 61; *Swain* v. *First Nat. Bank,* 201 id. 416; *Grabbs* v. *City of Danville,* 166 id. 441; *Bolton* v. *Johnston,* 163 id. 234.

The judgment of the Appellate Court is affirmed.

*Judgment affirmed.*